# Exhibit 7

US008193792B2

(12) **United States Patent**
**Kluge et al.**

(10) **Patent No.: US 8,193,792 B2**
(45) **Date of Patent: Jun. 5, 2012**

(54) **CIRCUIT AND METHOD FOR OPERATING A CIRCUIT**

(75) Inventors: **Wolfram Kluge**, Dresden (DE); **Jeannette Zarbock**, Dresden (DE); **Tilo Ferchland**, Dresden (DE)

(73) Assignee: **Amtel Corporation**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 430 days.

(21) Appl. No.: **12/481,330**

(22) Filed: **Jun. 9, 2009**

(65) **Prior Publication Data**

US 2009/0302821 A1 Dec. 10, 2009

**Related U.S. Application Data**

(60) Provisional application No. 61/060,626, filed on Jun. 11, 2008.

(30) **Foreign Application Priority Data**

Jun. 9, 2008 (DE) ........................ 10 2008 027 392

(51) **Int. Cl.**
***G05F 1/44*** (2006.01)

(52) **U.S. Cl.** ...................................................... **323/282**

(58) **Field of Classification Search** .......... 323/265–268, 323/282–284
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,683,382 A 7/1987 Sakurai et al.
6,294,404 B1 9/2001 Sato
6,504,758 B2 * 1/2003 Sacco et al. ............. 365/185.18
6,552,447 B1 * 4/2003 Fuse .............................. 307/68
6,628,013 B2 * 9/2003 Vogman ......................... 307/85
6,798,709 B2 * 9/2004 Sim et al. ...................... 365/226
6,901,014 B2 5/2005 Son et al.
7,307,907 B2 12/2007 Houston
7,345,931 B2 3/2008 Partsch et al.
2003/0201673 A1 10/2003 Sim et al.
2003/0223271 A1 12/2003 Byeon et al.
2005/0128852 A1 6/2005 Deng et al.
2007/0069802 A1 3/2007 Choi et al.
2008/0054721 A1 * 3/2008 Frew et al. ...................... 307/52

(Continued)

FOREIGN PATENT DOCUMENTS

DE 10 2006 035 122 A1 3/2007
KR 20030091499 A 12/2003

OTHER PUBLICATIONS

Office Action and English translation for Chinese Patent Application 200910139122.8, May 17, 2011.

(Continued)

*Primary Examiner* — Adolf Berhane
(74) *Attorney, Agent, or Firm* — Baker Botts L.L.P.

(57) **ABSTRACT**

A circuit and method for operating a circuit is provided that includes a circuit section that has a number of memory elements, a first voltage regulator that can be connected or is connected to the circuit section in order to operate the circuit section, a second voltage regulator that can be connected or is connected to the circuit section in order to preserve an information item stored in the memory elements, a switching device that is connected to the circuit section and is designed to deactivate and activate inputs of the circuit section. The circuit being configured to control a deactivation and activation of the first voltage regulator and the deactivation and activation of the inputs of the circuit section.

**19 Claims, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

2008/0161052 A1* 7/2008 Miyagawa et al. ........... 455/558
2008/0238378 A1* 10/2008 Uan-Zo-li et al. ............ 323/249
2009/0024856 A1* 1/2009 Lee ............................... 713/320
2009/0033309 A9* 2/2009 Trafton et al. ................ 323/308
2009/0160251 A1* 6/2009 Mok et al. ....................... 307/24

OTHER PUBLICATIONS

Office Action and English translation for Chinese Patent Application 200910139122.8, Nov. 4, 2011.

* cited by examiner




FIG. 1



Vreglo
200
VSS
403
VDD1
620
600
610
vdd_ok 33
320
404
100
Vreg
Vbg
Xosc
710
700
402
en_vdd
en_bg
en_osc
E2
VSS
311
312
313
300
EVDD
AVSS
VDD
clk 18
vdd_ok 18
rst_pw 18
rst_main 18
slp 18
E1
401
clk 33
ctl 33
rst_pw 33
rst_main 33
500
vdd_ok 33
rstn_pad 33
slp 33
VB
900
EVDD
970
AVSS
971
930
VDD
910
RSTN
950
SLP
940
VSS
920
FIG.2



ctl 33
rst_pw 33
rst_main 33
514
513
556
554
553
pan_1
552
511
512
551
555
500
510
550
dvdd_ok 33
test_en 33
980
950


FIG. 3


VB
900
200
212
220
211
710
VB
110
210
231
232
233
120
VSS
VSS
140
150
VDD
131
132
VSS
100

FIG. 4

# CIRCUIT AND METHOD FOR OPERATING A CIRCUIT

This nonprovisional application claims priority to German Patent Application No. 10 2008 027 392.9, which was filed in Germany on Jun. 9, 2008, and to U.S. Provisional Application No. 61/060,626, which was filed on Jun. 11, 2008, and which are both herein incorporated by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a circuit and a method for operating a circuit.

2. Description of the Background Art

Digital circuits can be run in an operating mode for information processing and in a sleep mode (or standby) with reduced power consumption as compared to the operating mode. The information content in memory elements of the digital circuits can be preserved during this process if the memory elements are also supplied with a voltage in the sleep mode. For this purpose, one can provide a battery and/or rechargeable battery, for example, that is connected to the memory elements in sleep mode.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to improve a circuit to the greatest extent possible. Accordingly, a circuit is provided that can be monolithically integrated on a semiconductor chip.

The circuit has a circuit section having a number of memory elements that are, in particular, volatile, such as registers, latches, or flip-flops, for example.

The circuit can have a first voltage regulator that can be connected to the circuit section, in particular through a switch, or is permanently connected to the circuit section, in order to operate the circuit section.

The circuit can have a second voltage regulator that can be connected to the circuit section, in particular through a switch, or is permanently connected to the circuit section, in order to preserve information stored in the memory elements.

The circuit can have a switching device that is connected to the circuit section. The switching device is designed to deactivate and activate inputs of the circuit section. For the purpose of deactivation and activation, the switching device is advantageously connected ahead of the inputs of the circuit section. Preferably, the switching device has switching means, such as semiconductor switches and/or logic elements and/or switchable level shifters, for activation and deactivation of the inputs.

The circuit can be designed to control a deactivation and activation of the first voltage regulator and the deactivation and activation of the inputs of the circuit section. In advantageous fashion, the circuit section is designed and configured for control. Alternatively or in combination, the circuit has additional control means for control.

The invention can have the additional object of specifying a method that is improved to the greatest degree possible. Accordingly, a method for operating a circuit is also provided.

For a sleep mode, inputs of a circuit section of the circuit are deactivated, wherein the circuit section has a number of memory elements. The inputs can be designed and configured for information entering the circuit section, such as individual bits or bit words transmitted serially or in parallel. For deactivation, the input value is preferably switched to a fixed, predetermined logic voltage, for example zero or one.



A first voltage regulator is deactivated after deactivation of the inputs of the circuit section, so that the memory elements of the circuit section are supplied from a second voltage regulator. Preferably the first voltage regulator is deenergized for deactivation.

For an operating mode following the sleep mode, the first voltage regulator is activated in order to supply the circuit section. As compared to the sleep mode, the operating mode can have a higher power consumption, in particular in order to execute a plurality of functions, in particular procedure steps of a program sequence.

For the operating mode, the inputs of the circuit section are activated after activation of the first voltage regulator, in particular in order to process information entering through the inputs of the circuit section.

The invention additionally has the object of specifying a use. Accordingly, the use of a first voltage regulator for an operating mode and of a second voltage regulator for a sleep mode is provided. The first voltage regulator and the second voltage regulator are preferably components of one and the same monolithically integrated circuit. The information processing in the operating mode is significantly increased as compared to the sleep mode. In sleep mode, the power consumption is significantly reduced as compared to the operating mode. The memory content of memory elements of the circuit preferably is not changed in sleep mode.

In the operating mode, the first voltage regulator of a circuit provides a supply voltage and an operating current for a circuit section of the circuit.

The second voltage regulator of the circuit provides a standby voltage and a standby current for the circuit section for the sleep mode.

The second voltage regulator consumes less current than the first voltage regulator of the circuit. Preferably, the first voltage regulator is specifically designed for providing the operating current. Preferably, the second voltage regulator is specifically designed for providing the standby current. Preferably the standby current is smaller than the operating current by at least a factor of 100.

The improvements described refer to the circuit as well as to the use and to the method.

According to an embodiment, the circuit can be designed to control an operating mode with digital state changes of the circuit section and to control a sleep mode with no digital state changes, or with a reduced number of digital state changes as compared to the operating mode. In advantageous fashion, the current consumption in the sleep mode is reduced as compared to the operating mode.

According to another embodiment, the circuit can have an additional circuit section. The additional circuit section can be connected to inputs and/or outputs of the circuit section. In particular, the current consumption of the additional circuit section can be greater in the operating mode than that of the circuit section. Advantageously, the additional circuit section can have functions for transmitting and receiving signals transmitted by radio, in particular digital signal processing.

The circuit can have a switch that is connected to the additional circuit section and to the second voltage regulator. In addition, the switch can also be connected or capable of connection to the first voltage regulator. The circuit is preferably designed to operate the switch for the sleep mode for separating the additional circuit section from the second voltage regulator.

In another embodiment, the switching device can have a number of switchable level shifters. Preferably the circuit has components that are specified for at least two different voltages—for example, 3.3 V and 1.8 V. The level shifters are

preferably designed and connected to convert information to and from one of the circuit sections between different logic levels at their inputs.

In another embodiment, the circuit has a reset device that can be designed to issue reset signals for resetting the circuit section and/or the additional circuit section. The reset device can be designed to control the switching device by means of control signals.

According to an embodiment, the reset device can be connected to the first voltage regulator. Preferably the reset device is designed to activate the first voltage regulator upon an initial application of an input voltage—in particular a battery voltage—to the circuit.

In another embodiment, the reset device can have a memory element whose stored value represents an initial application of an input voltage to the circuit.

The reset device can be designed to enable an activation of the first voltage regulator by the circuit section. Preferably the enabling takes place following the initial application of an input voltage.

According to an embodiment, provision is made that only the first voltage regulator of the two voltage regulators has a control loop, which is connected to a supply voltage output of the first voltage regulator, in particular through a voltage divider. Preferably the first voltage divider is connected to a reference voltage source. It is preferred for the reference voltage source to be a band gap reference voltage source. Preferably the second voltage regulator has its own current reference. The second voltage regulator thus generates its own bias current (self biasing). The current reference of the second voltage regulator has a lower precision and constancy than the band gap reference voltage source of the first voltage regulator. Preferably the second voltage regulator has a current-to-voltage converter for generating the supply voltage from the bias current. Preferably the second voltage regulator is connected in parallel with the first voltage regulator, so that the outputs of the first and second voltage regulators are connected to one another. Preferably in this situation, the second voltage regulator has means that act as a diode. The second voltage regulator advantageously has a transistor that is connected as an emitter follower or source follower. The transistor acts as a diode here, so that no significant current flows into the second voltage regulator in the reverse direction of the diode.

Further scope of applicability of the present invention will become apparent from the detailed description given hereinafter. However, it should be understood that the detailed description and specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinbelow and the accompanying drawings which are given by way of illustration only, and thus, are not limitive of the present invention, and wherein:

FIG. **1** is a first schematic block diagram of a circuit,

FIG. **2** is a second schematic block diagram of a circuit,

FIG. **3** is a schematic block diagram of a reset circuit, and

FIG. **4** is a schematic block diagram of two voltage regulators.

## DETAILED DESCRIPTION

In FIG. **1**, a circuit is schematically represented by a block diagram. A digital circuit section **300** has a number of memory cells **311**, **312**, **313** such as, e.g., flip-flops or registers. The memory cells **311**, **312**, **313** are volatile, so that the information stored in the memory cells **311**, **312**, **313** is lost when no supply voltage VDD is applied. The circuit in the example embodiment in FIG. **1** is supplied by a battery voltage VB. This battery voltage VB can vary, for example in a voltage range up to 3.6 V. The digital circuit section **300**, in contrast, has components that are specified for a lower supply voltage VDD of a nominal 1.8 V to a maximum 2.0 V.

A first voltage regulator **100** is connected to the battery voltage VB. The first voltage regulator **100** is designed to provide at its output the supply voltage VDD for the digital circuit section **300**. In this context, the first voltage regulator **100** is designed to output a supply voltage for an operating mode for the digital circuit section **300**. In the operating mode, the digital circuit section **300** executes steps of an information processing task, thus for example a calculation, storage, or the like. For this purpose, logic values of basic digital cells, such as gates, flip-flops, or the like, change, wherein this state change causes a charging and discharging of capacitors. A total displacement current through all capacitors is made available in this situation by the first voltage regulator **100** via the supply current. The first voltage regulator **100** additionally requires its own operating current of approximately 100 μA in order to regulate the supply voltage VDD to a stable value.

In addition, the circuit shown in FIG. **1** can also be run in a sleep mode. To this end, the circuit has means that initiate a sleep mode. For example, the sleep mode can be initiated by the circuit section **100** itself or by a connected circuit (not shown in FIG. **1**). In sleep mode, the current consumption of the circuit should be minimized. For example, the current consumption is approximately 0.1 μA in order to ensure a long battery life.

Because of the high internal current consumption of the first voltage regulator **100**, said voltage regulator is deactivated in the sleep mode. For deactivation of the first voltage regulator **100**, it can be switched off by means of a switch (not shown), for example.

In sleep mode, the information stored in the memory cells **311**, **312**, **313** is supposed to be preserved. In contrast to the example embodiment in FIG. **1**, it is possible in principle to design the circuit section **300** with components for the battery voltage VB in such a manner that the circuit section would only have to be connected to the battery voltage VB in sleep mode to preserve the stored information. However, a different solution is provided in FIG. **1**.

In the example embodiment from FIG. **1**, connected in parallel to the first voltage regulator **100** is a second voltage regulator **200**, which likewise provides the supply voltage VDD and is connected to the first circuit section **100** in the same manner as the first voltage regulator **100**. As an alternative to FIG. **1**, it is also possible to connect a number of switches between a voltage regulator **100** or **200** and the circuit section **300** in such a manner that the circuit section can be connected to the first voltage regulator **100** and/or to the second voltage regulator **200** by means of a switch.

The internal current consumption of the second voltage regulator **200** is smaller than the internal current consumption of the first voltage regulator **100**. The first voltage regulator **100** provides a maximum supply voltage that is greater than the maximum supply voltage of the second voltage regulator **200**. In the example embodiment in FIG. **1**, the first voltage regulator **100** and the second voltage regulator **200** are connected in parallel.

In the example embodiment from FIG. **1**, the first voltage regulator **100** can be activated in a controlled manner through

the circuit section **300** as well as through a reset device **500**. During the initial startup after the application of an input voltage VB (battery voltage), the first voltage regulator **100** is activated by the reset device **500**. A piece of information corresponding to the initial startup is stored in a memory element **510**, for example a flip-flop, of the reset device **500**. Subsequently, the control function of activation and deactivation is transferred to the circuit section **300** by the reset device **500**. To this end, the reset device **500** enables the connection between the circuit section **300** and the first voltage regulator **100** by means of a switching device **400**. The circuit section **300** can now in turn control the activation and deactivation of the first voltage regulator **100** by means of the control signal en_vdd. In advantageous fashion, the reset device **500** is also designed to reset the circuit section **300**, for example upon initial startup.

The switching device **400** is designed to activate and deactivate inputs E**1**, E**2**, E**3** of the circuit section **300**. In the example embodiment in FIG. **1**, this switching function of activation and deactivation of the inputs E**1**, E**2**, E**3** is controlled by the first voltage regulator **100**, which outputs a control signal vdd_ok**33** to the switching device **400** for activation and deactivation of the inputs E**1**, E**2**, E**3**.

In FIG. **2**, another example embodiment is shown schematically as a block diagram of a circuit. A circuit section **300** with control functions and test functions is supplied through the supply voltages VDD and VSS, each of which is connected to the circuit through a terminal **930** or **920**, respectively. A capacitor **320** is connected in parallel to the circuit section **300**. An external capacitor **910** can additionally be connected in parallel by means of the terminals **920** and **930**.

The supply voltage VDD (approximately 1.8 V) is produced from an input voltage VB (approximately 3.3 V) present at the terminal **900** by means of an activatable and deactivatable voltage regulator **100** (Vreg). In addition, an oscillator circuit **700** (Xosc) and a band gap reference voltage source **710** are provided, which are supplied with the voltages EVDD and AVSS at the terminals **970** and **971**.

The blocks **410**, **402**, **403** and **404** of a switching device have multiple functions. The blocks **401**, **402** and **403** have level shifters in order to transfer signals between a voltage of the input voltage VB and a voltage of the supply voltage VDD in the applicable direction. The level shifters of block **401** and block **403** convert incoming signals of the voltage of the input voltage VB to corresponding signals with the voltage of the supply voltage VDD. The level shifters of block **402** convert incoming signals of the voltage of the supply voltage VDD to corresponding signals with the voltage of the input voltage VB.

In addition, a reset device **500** is provided that is connected to the terminal **950** to receive a reset signal RSTN. The reset signal RSTN serves to reset the circuit by the external reset signal RSTN, regardless of the present mode. The reset device **500** has another input that is connected to a signal output of the first voltage regulator **100**. At the signal output, the first voltage regulator provides a status signal vdd_ok**33**, which indicates a regulated supply voltage VDD.

As a function of the input signals explained above, the reset device **500** carries out corresponding reset functions. This is explained in more detail in connection with FIG. **3**. In the example embodiment from FIG. **2** as well, the first voltage regulator **100** is activated by the reset device **500** during initial startup after the application of the input voltage VB (battery voltage). Subsequently, the control function of activation and deactivation is again transferred to the circuit section **300** by the reset device **500**. To this end, the reset device **500** outputs a control signal to the block **402** of the switching device, so that the connection between the circuit section **300** and the first voltage regulator **100** is enabled. The circuit section **300** independently controls the activation and deactivation of the first voltage regulator **100** by means of the control signal en_vdd.

The circuit section **300** is designed to control the activation and deactivation of the first voltage regulator **100**. The initiation of a sleep mode is possible through a signal SLP at the terminal **940**, in that the current consumption of the circuit is reduced as compared to an operating mode. For this purpose, the signal SLP arrives at the input E**4** through the level shifter of block **401** to the circuit section **300**. The circuit section **300** deactivates the first voltage regulator **100** through the block **402** by means of the signal en_vdd. In addition, the circuit section **300** deactivates the band gap reference voltage source **710** by means of the signal en_bg through the block **402**, and deactivates the oscillator circuit **700** by means of the signal en_osc. Alternatively, it is also possible for the circuit section **300** to automatically initiate a sleep mode, for example after executing a program sequence.

The status signal vdd_ok**33** of the deactivated first voltage regulator **100** arrives at the blocks **401** and **403** and at the reset device **500**. In this process, the switch **610** is operated through the level shifter of the block **403** such that an additional circuit section **600** is isolated from the supply voltage VDD. Once again, a capacitor **620** is connected in parallel to the additional circuit section **600**. The additional circuit section **600** is designed to transmit and receive digital data. In the operating mode, the additional circuit section **600** is supplied with the supply voltage VDD by the first voltage regulator **100**. In sleep mode, in contrast, the additional circuit section is isolated from the supply voltage VDD by the switch **610**.

In sleep mode, only the second voltage regulator **200** (Vreglo) is active, which has a smaller current consumption than the first voltage regulator **100**, in particular smaller by at least a factor of **100**. The supply outputs of the first voltage regulator **100** and of the second voltage regulator **200** are connected to one another and to the circuit section **300**. Since the circuit section **300** is also supplied with the supply voltage VDD in the sleep mode—by the second voltage regulator **200**—the information contained in the memory elements **311**, **312**, **313** is also preserved in the sleep mode. The states (low, high) of the digital elements (gates, etc.) of the circuit section **300** remain defined.

The states of the digital elements (gates, etc.) of the additional circuit section **600**, in contrast, are not defined because of the isolation by the switch **610**. So that these undefined states of the additional circuit section **600** do not affect the circuit section **300**, a block **404** of the switching device, designed to deactivate and activate the inputs E**2** of the circuit section **300**, is provided in the example embodiment in FIG. **2**. If the inputs E**2** of the circuit section **300** are deactivated by the switching function of the block **404** in sleep mode, then no undefined states of the additional circuit section **600** can arrive at the circuit section **300**. In like manner, the input E**1** for the clock signal clk**33** is deactivated by the switching function of the block **401** of the switching device in sleep mode so that no clock signal clk**18** arrives at the circuit section **300**.

In FIG. **3**, a reset device **500** is shown schematically. This device has a plurality of inverters **511**, **512**, **514**, **552**, **555**, **556**, a plurality of NAND gates **513**, **553**, **554**, flip-flops **510**, **551**, and a filter **550**. An additional terminal **980** is provided for test purposes. The reset device **500** has two functions. The reset device **500** generates a reset signal upon application of the input voltage VB and filters at the terminal **950** a reset signal rstn generated outside of the circuit.

The RS flip-flop **510** has a static and dynamic asymmetry of its transistors. This implementation has the effect that the RS flip-flop **510** enters a defined "on" state upon application of the input voltage VB. The output signal of the RS flip-flop **510** forces both reset output signals to low potential, which accomplishes a reset of all circuit sections **300**, **600**. The RS flip-flop **510** maintains this state until the supply voltage VDD is ramped up. The status signal vdd_ok**33** from the first voltage regulator **100** resets the RS flip-flop **510** and terminates the reset signals rst_pw**33**, rst_main**33**.

The external signal rstn travels through the filter **550**, which delays the falling edge of the signal in order to avoid spikes in the reset signal. The rising edge, in contrast, is not delayed. The additional flip-flop **551** stores the reset event in sleep mode. This is necessary because at first there is not yet a supply voltage VDD available to the circuit section **300** when the input voltage VB is being applied. For this reason, after the ramp-up of the supply voltage VDD, and the status signal vdd_ok**33** of the first voltage regulator **100** resets the flip-flop **551**.

In FIG. **4**, the first voltage regulator **100** and the second voltage regulator **200** are shown schematically in a circuit diagram.

The first voltage regulator has an operational amplifier **110** with differential amplifier and driver stage; whose negative input is connected to the band gap reference voltage source **710**. The gap reference voltage source **710** provides a reference voltage of 1.25 V here. The output of the operational amplifier **100** is connected to a P-MOSFET output transistor **120**, which is configured for the supply current in operating mode to a maximum of 30 mA. The output **150** of the first voltage regulator **100** is connected to the drain terminal of the transistor **120**. Also connected to the drain terminal of the transistor **120** is a resistor voltage divider with the resistors **131** and **132**, wherein the center tap of the resistor voltage divider is connected to the positive input of the operational amplifier **110**.

This connection from the output through the resistor voltage divider to the input of the operational amplifier **110** constitutes a control loop. This control loop makes it possible to stabilize load changes at the output **150** in operating mode. The supply voltage can be held constant at the value of 1.8 V by means of the control loop.

The operational amplifier **110** can be switched off in sleep mode in order to deactivate the first voltage regulator **100**. In addition, in sleep mode the resistor voltage divider is isolated from the output **150** by the switch **140**. The operational amplifier **110** required for the control loop is largely responsible for the current consumption of 100 μA in operating mode. The second voltage regulator **200** is always switched on. The second voltage regulator **200** has a current source **210** for a current IBIAS, which is mirrored by means of the two PMOS transistors **211**, **212** wired as a current mirror to the series-connected NMOS transistors **231**, **232**, **233** wired as MOS diodes. The current source may be a PTAT circuit, for example.

The voltage dropping across the NMOS transistors **231**, **232**, **233** is also present at the NMOS transistor **220** wired as a source follower, whose source is connected to the output of the second voltage regulator **220** and performs voltage regulation. In this arrangement, the second voltage regulator **200** provides the supply voltage VDD in sleep mode, for example at a level of 1.6 V. The supply voltage in sleep mode can lie in a range between 1.2 V and 2.0 V without the information stored in the memory elements **311**, **312**, **313** of the circuit section **300** being lost. Thus, the supply voltage VDD can deviate in the operating mode and from that in the sleep mode. In this arrangement, the second voltage regulator **200** has no control loop connected with the output of the second voltage regulator **200**.

The invention is not restricted to the variant embodiments shown in FIGS. **1** through **4**. For example, it is possible to use different voltage regulator circuits than those explained in FIG. **4**. The functionality of the circuit from FIG. **2** can be used to particular advantage for a radio network system, especially in compliance with the IEEE 802.15.4 industry standard for battery operation.

The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications as would be obvious to one skilled in the art are to be included within the scope of the following claims.

What is claimed is:

**1**. A circuit comprising:

a first voltage regulator;

a second voltage regulator; and

a circuit section, the circuit section comprising a memory element and operable to:

receive a supply voltage from the first voltage regulator when in an operating mode;

transition from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section; and

receive a standby voltage from the second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in the memory element.

**2**. The circuit of claim **1**, further comprising a switching device operable to:

receive a control signal from the first voltage regulator; and

deactivate the inputs of the circuit section in response to the control signal.

**3**. The circuit of claim **1**, further comprising a switching device operable to:

receive a control signal from the circuit section; and

deactivate the first voltage regulator in response to the control signal.

**4**. The circuit of claim **1**, wherein the circuit section is operable to transition from the sleep mode to the operating mode.

**5**. The circuit of claim **1**, further comprising:

an additional circuit section; and

a switch connectable to the additional circuit section and to the second voltage regulator, the switch in a state for the sleep mode configured to separate the additional circuit section from the second voltage regulator.

**6**. The circuit of claim **5**, wherein the first voltage regulator comprises a control loop connectable through a voltage divider to a supply voltage output of the first voltage regulator.

**7**. The circuit of claim **1**, further comprising a reset device configured to issue reset signals for resetting the circuit section.

**8**. The circuit of claim **7**, wherein the reset device is connectable to the first voltage regulator and is configured to activate the first voltage regulator upon an initial application of an input voltage to the circuit.

**9**. The circuit of claim **7**, wherein the reset device is configured to enable an activation of the first voltage regulator by the circuit section.

**10**. A method comprising:

delivering to a circuit section of a circuit a supply voltage from a first voltage regulator when in an operating mode;

transitioning from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section; and

delivering to the circuit section a standby voltage from a second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in a memory element.

**11**. The method of claim **10**, comprising:

receiving a control signal from the first voltage regulator; and

deactivating the inputs of the circuit section in response to the control signal.

**12**. The method of claim **10**, comprising:

receiving a control signal from the circuit section; and

deactivating the first voltage regulator in response to the control signal.

**13**. The method of claim **10**, further comprising transitioning from the sleep mode to the operating mode.

**14**. The method of claim **10**, wherein the circuit comprises:

an additional circuit section; and

a switch connectable to the additional circuit section and to the second voltage regulator, the switch in a state for the sleep mode configured to separate the additional circuit section from the second voltage regulator.



**15**. The method of claim **14**, wherein the first voltage regulator of the first and second voltage regulators has a control loop, the control loop connectable to a supply voltage output of the first voltage regulator through a voltage divider.

**16**. The method of claim **10** comprising issuing a reset signal for resetting the circuit section.

**17**. The method of claim **16** comprising activating the first voltage regulator upon an initial application of an input voltage to the circuit.

**18**. The method of claim **16** comprising enabling an activation of the first voltage regulator by the circuit section.

**19**. A circuit comprising:

means for delivering to a circuit section a supply voltage from a first voltage regulator when in an operating mode;

means for transitioning from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section; and

means for delivering to the circuit section a standby voltage from a second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in a memory element.

* * * * *