# Exhibit 8

## U.S. Patent No. 8,193,792 ("'792 Patent")

**Accused Products**

  Samsung products with Intel processors featuring Fully Integrated Voltage Regulators, including without limitation the Samsung Galaxy Book Flex 13.3" NP930QCG-K01US ("Accused Products"), infringe at least Claims 1 and 10 of the '792 Patent.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| [1pre] A circuit comprising: | To the extent the preamble is limiting, each Accused Product comprises the claimed circuit.<br><br>For example, the Galaxy Book Flex includes a 10th-generation Intel Core processor, which contains Intel Fully Integrated Voltage Regulator technology.<br><br>*See, e.g.*:<br><br>Processor<br>**Processor / Chipset**<br>Intel® Core™ i7-1065G7 Processor<br><br>Screenshot identifying Intel Core i7-1065G7 processor from https://www.samsung.com/us/computing/galaxy-books/galaxy-book-flex/galaxy-book-flex-13-3-qled-512gb-storage-s-pen-included-np930qcg-k01us/ |

| Claim 1 | Accused Products |
|---|---|
| | **Intel® Core™ i7-1065G7 Processor**<br><br>8M Cache, up to 3.90 GHz<br><br>☐ Add to Compare<br><br>Find a System<br><br>Specifications<br>⊕ Export specifications<br>**Essentials**<br><br>Product Collection — 10th Generation Intel® Core™ i7 Processors<br><br>Code Name — Products formerly Ice Lake<br><br>Screenshot identifying Intel Core i7-1065G7 as a 10th Generation Core processor (formerly Ice Lake) from https://ark.intel.com/content/www/us/en/ark/products/196597/intel-core-i7-1065g7-processor-8m-cache-up-to-3-90-ghz.html |

| Claim 1 | Accused Products |
|---|---|
|  |  Screenshot, with annotation illustrating the claimed circuit, from https://www.intel.com/content/www/us/en/products/docs/processors/core/10th-gen-core-families-datasheet-vol-1.html |
| [1a] a first voltage regulator; | Each Accused Product includes a first voltage regulator. For example, the Galaxy Book Flex includes an Intel 10th-generation Core processor featuring Intel's Fully Integrated Voltage Regulator ("FIVR") technology, including a first voltage regulator that provides a supply voltage to the circuit section at a voltage and current level suitable for use by the processor's information processing features ("cores") during operating mode, as explained more fully below. *See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| | **12.1.2    Integrated Voltage Regulator**  <span style="color:red">**Plurality of voltage regulators (FIVR)**</span><br><br>Due to the integration of platform voltage regulators into the processor, the processor has one main voltage rail ($v_{CCIN}$), the PCH has one main voltage rail ($Vcc_{IN\_AUX}$) and a voltage rail for the memory interface ($v_{DDQ}$).<br><br>The voltage rail $v_{CCIN}$ will supply the integrated voltage regulators which in turn will regulate to the appropriate voltages for the Cores, cache, System Agent, TCSS and graphics. This integration allows the processor to better control on-die voltages to optimize between performance and power savings. The $v_{CCIN}$ rail will remain a VID-based voltage with a loadline similar to the core voltage rail in previous processors.<br><br>Excerpt from 10th Gen Intel Core Processor Families Datasheet, Vol. 1, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf |

| Claim 1 | Accused Products |
|---|---|
| |  |
| | Screenshot, with annotation illustrating the plurality of voltage regulators within the Intel processor, of which one is the first voltage regulator, from https://www.psma.com/sites/default/files/uploads/tech-forums-packaging/presentations/is87-package-and-platform-view-intel%E2%80%99s-fully-integrated-coltage-regulator.pdf |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br>Screenshot, with annotation, from https://www.psma.com/sites/default/files/uploads/tech-forums-packaging/presentations/is87-package-and-platform-view-intel%E2%80%99s-fully-integrated-coltage-regulator.pdf |

| Claim 1 | Accused Products |
|---|---|
| |  Screenshot, with annotation, from https://www.researchgate.net/publication/271416878_FIVR_-_Fully_integrated_voltage_regulators_on_4th_generation_IntelR_Core_SoCs |
| [1b] a second voltage regulator; and | Each Accused Product includes a second voltage regulator.<br><br>For example, the Galaxy Book Flex includes an Intel 10th-generation Core processor featuring Intel's Fully Integrated Voltage Regulator ("FIVR") technology, including a second voltage regulator that provides a standby voltage to the circuit section at a voltage and current level suitable for use by the processor's memory element ("cache") during sleep mode, as explained more fully below.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---------|------------------|
|  | **12.1.2    Integrated Voltage Regulator**  <br><br> **Plurality of voltage regulators (FIVR)** <br><br> Due to the integration of platform voltage regulators into the processor, the processor has one main voltage rail ($v_{CCIN}$), the PCH has one main voltage rail ($Vcc_{IN\_AUX}$) and a voltage rail for the memory interface ($v_{DDQ}$). The voltage rail $v_{CCIN}$ will supply the integrated voltage regulators which in turn will regulate to the appropriate voltages for the Cores, cache, System Agent, TCSS and graphics. This integration allows the processor to better control on-die voltages to optimize between performance and power savings. The $v_{CCIN}$ rail will remain a VID-based voltage with a loadline similar to the core voltage rail in previous processors. <br><br> Excerpt from 10th Gen Intel Core Processor Families Datasheet, Vol. 1, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br><br>Screenshot, with annotation illustrating the plurality of voltage regulators within the Intel processor, of which one is the second voltage regulator, from https://www.psma.com/sites/default/files/uploads/tech-forums-packaging/presentations/is87-package-and-platform-view-intel%E2%80%99s-fully-integrated-coltage-regulator.pdf |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br>Screenshot, with annotation, from https://www.psma.com/sites/default/files/uploads/tech-forums-packaging/presentations/is87-package-and-platform-view-intel%E2%80%99s-fully-integrated-coltage-regulator.pdf |

| Claim 1 | Accused Products |
|---|---|
| |  Screenshot, with annotation, from https://www.researchgate.net/publication/271416878_FIVR_-_Fully_integrated_voltage_regulators_on_4th_generation_IntelR_Core_SoCs |
| [1c] a circuit section, the circuit section comprising a memory element and operable to: | Each Accused Product includes a circuit section, the circuit section comprising a memory element. For example, the Galaxy Book Flex includes an Intel 10th-generation Core processor featuring a Last Level Cache ("LLC"). The claimed circuit section comprises the LLC, the processor's information processing unit (cores), and the power control unit. *See, e.g.*: |

| Claim 1 | Accused Products |
|---------|------------------|
| | **2.4.1   Intel® Smart Cache Technology**<br><br>The Intel® Smart Cache Technology is a shared Last Level Cache (LLC).<br>• The LLC may also be referred to as a third level cache.<br>• The LLC is shared between all IA cores as well as the Processor Graphics.<br>• The first and second level caches are not shared between physical cores and each physical core has a separate set of caches.<br>• The size of the LLC is SKU specific with a maximum of 2 MB per physical core and is a 16 way associative cache.<br><br>Excerpt from 10th Gen Intel Core Processor Families Datasheet, Vol. 1, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf |

| Claim 1 | Accused Products |
|---|---|
|  |  Annotated screenshot showing circuit and circuit section from https://www.intel.com/content/www/us/en/products/docs/processors/core/10th-gen-core-families-datasheet-vol-1.html. |
| [1d] receive a supply voltage from the first voltage regulator when in an operating mode; | In each Accused Product, the circuit section is operable to receive a supply voltage from the first voltage regulator when in an operating mode.<br><br>For example, the Galaxy Book Flex receives a certain core voltage from the first voltage regulator while in an operating mode, such as a C0 state ("The normal operating state of a processor IA core where code is being executed").<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| | **operating mode**<br><br>**Table 3-4.** **Core C-states**<br><br>| Core C-State | C-State Request Instruction | Description |<br>|---|---|---|<br>| C0 | N/A | The normal operating state of a processor IA core where code is being executed |<br><br>Excerpt from 10th Gen Intel Core Processor Families Datasheet, Vol. 1, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br><br>Annotated screenshot from https://www.intel.ru/content/dam/doc/white-paper/energy-efficient-platforms-2011-white-paper.pdf |
| [1e] transition from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section; and | In each Accused Product, the circuit section is operable to transition from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section.<br><br>For example, the Intel processor in the Galaxy Book Flex can transition into a sleep mode, such as the C6 state, in which the information processor units flush their L1 instruction/data caches and L2 caches, save their architectural state, deactivate their inputs, and deactivate the first voltage regulator. |

| Claim 1 | Accused Products |
|---|---|
|  | *See, e.g.*:<br><br><br><br>Excerpt from 10th Gen Intel Core Processor Families Datasheet, Vol. 1, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf<br><br>Illustrated screenshot from https://www.intel.ru/content/dam/doc/white-paper/energy-efficient-platforms-2011-white-paper.pdf |

| Claim 1 | Accused Products |
|---|---|
| [1f] receive a standby voltage from the second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in the memory element. | In each Accused Product, the circuit section is operable to receive a standby voltage from the second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in the memory element.<br><br>For example, the Intel processor in the Galaxy Book Flex continues to operate the integrated voltage regulator associated with the Last Level Cache during sleep mode (such as the C6 core state) in order to receive a lower voltage sufficient to preserve the contents of the LLC memory.<br><br>*See, e.g.*<br><br><br><br>Illustrated screenshot from https://www.intel.ru/content/dam/doc/white-paper/energy-efficient-platforms-2011-white-paper.pdf |

| Claim 1 | Accused Products |
|---|---|
| |  Illustrated screenshot from https://www.psma.com/sites/default/files/uploads/tech-forums-packaging/presentations/is87-package-and-platform-view-intel%E2%80%99s-fully-integrated-coltage-regulator.pdf |

**Claim 10**

| Claim 10 | Accused Products |
|---|---|
| [10pre] A method comprising: | To the extent the preamble is limiting, each Accused Product performs the claimed method. *See supra* claim element [1pre]. |
| [10a] delivering to a circuit section of a circuit a supply voltage from a first voltage | Each Accused Product performs delivering to a circuit section of a circuit a supply voltage from a first voltage regulator when in an operating mode. |

| Claim 10 | Accused Products |
|---|---|
| regulator when in an operating mode; | *See supra* claim element [1d]. |
| [10b] transitioning from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section; and | Each Accused Product performs transitioning from the operating mode to a sleep mode, the transition comprising deactivation of inputs of the circuit section.<br><br>*See supra* claim element [1e]. |
| [10c] delivering to the circuit section a standby voltage from a second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in a memory element. | Each Accused Product performs delivering to the circuit section a standby voltage from a second voltage regulator when in the sleep mode, the standby voltage being less than the supply voltage and sufficient to preserve an information item stored in a memory element.<br><br>*See supra* claim element [1f]. |